# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikolay Koreyev, | No. CV-25-04880-PHX-DWL |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., | |
| Respondent. | |

This is a habeas corpus action under 28 U.S.C. § 2241.  (Doc. 1.)  It was referred to Magistrate Judge Fine "for further proceedings and a report and recommendation."  (Doc. 3 at 4.)  On March 6, 2026, Respondents filed a notice that they "do not oppose an[] order for the release of the Petitioner."  (Doc. 25.)  Accordingly, on March 9, 2026, Judge Fine issued a report and recommendation ("R&R") recommending that the petition be granted and that Petitioner be immediately released from immigration custody.  (Doc. 26 at 7.)

Although the R&R also provided the parties with 14 days to file objections (*id.* at 7-8), it would be unnecessary and improper to wait 14 days before taking action here, given Respondents' concession that Petitioner is entitled to immediate release.

Accordingly,

**IT IS ORDERED** that:

1.    The R&R (Doc. 26) is **adopted**.

2.    The petition (Doc. 1) is **granted**.  Respondents must immediately release Petitioner from custody under the same conditions that existed before detention.

3.     Respondents must provide a notice of compliance within two business days of Petitioner's release.

4.     Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 9th day of March, 2026.

_____
Dominic W. Lanza
United States District Judge

- 2 -